**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLARENCE JAMES FIELDS,**

    **Plaintiff,**

v.                                **CASE NO. 6:11-cv-764-Orl-35KRS**

**ORANGE COUNTY DEPARTMENT**
 **OF CORRECTIONS, et al.**

    **Defendants.**

                                                 /

**ORDER OF DISMISSAL**

    On May 10, 2011, the Court ordered Plaintiff to file an amended complaint within twenty-one days from the date of the Order (Doc. No. 3).  Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Plaintiff has failed to comply.

    Accordingly, it is now **ORDERED AND ADJUDGED** as follows:

    1.    This case is hereby **DISMISSED** without prejudice.

    2.    The Clerk of the Court is directed to close this case.

    **DONE AND ORDERED** in Chambers at Orlando, Florida, this 16th day of June, 2011.

                                      MARY S. SCRIVEN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 6/16
Clarence James Fields